JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN JAMESSON, ET AL.., )<br>)<br>          Plaintiff, )<br>)<br> -v- )<br>)<br>CITIMORTAGE, INC. )<br>)<br>)<br>          Defendants. )<br>_____ ) | Case No. SACV10-0550-DOC(MLGx)<br><br>ORDER DISMISSING CIVIL ACTION |

    The Court having been advised by counsel for the parties that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 45 days, to reopen this action if settlement is not consummated.

DATED: December 6, 2011

_____
DAVID O. CARTER
United States District Judge